IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANNIE KIMBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 3:09cv28-MHT |
| | ) (WO) |
| J.B. HUNT TRANSPORT, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 37), it is the ORDER, JUDGMENT, and DECREE of the court that this lawsuit is dismissed as to all counts against defendants J.B. Hunt Transport, Inc., and Steven Chad Taggart with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 11th day of December, 2009.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE